UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80025-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN PADRON,

_____/

## ORDER ON MOTION FOR PSYCHIATRIC EVALUATION OF DEFENDANT AT FDC-BUTNER

THIS CAUSE came before the Court on the Government's Motion for Psychiatric Evaluation of Defendant at FDC-Butner and, the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby GRANTED. That staff psychologists at FDC-Butner are allowed to conduct psychological and/or psychiatric evaluations of Steven Padron at FDC-Butner to determine if he suffers from diminished capacity and to determine if he is a danger to the community.

**DONE AND ORDERED** at West Palm Beach, Florida, this 25 day of May, 2007.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT COURT JUDGE