**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  06-80025-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff.

vs.

STEVEN PADRON,

_____/

**ORDER ON MOTION FOR PSYCHIATRIC**
**EVALUATION OF DEFENDANT**

THIS CAUSE came before the Court on the Government's Amended Motion for

Psychiatric Evaluation of Defendant and, the Court being fully advised in the premises, it is

hereby

    **ORDERED AND ADJUDGED** that:

The Amended Motion is hereby GRANTED.  Pursuant to 18 U.S.C. § 3552(b), Dr.

Harley Stock, or other qualified consultant in the local community, shall perform a presentence

full psychological forensic evaluation specifically related to psychosexual issues on defendant

Steven Padron.

    **DONE AND ORDERED** at West Palm Beach, Florida, this **18** day of July, 2007.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT COURT JUDGE